IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Knox, Antonio D | Case Number: 07 B 00504 |
|---|---|---|
| | Knox, Dinae Ila-Shuqu | Judge: Goldgar, A. Benjamin |
| | Printed: 8/19/08 | Filed: 1/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 8, 2008
Confirmed: April 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,010.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,847.47 |
| Trustee Fee: | | 162.53 |
| Other Funds: | | 0.00 |
| Totals: | 3,010.00 | 3,010.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 2,847.47 |
| 2. | Internal Revenue Service | Priority | 300.00 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 104.34 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 461.91 | 0.00 |
| 5. | Educational Credit Management Corp | Unsecured | 185.77 | 0.00 |
| 6. | Cavalry Portfolio Services | Unsecured | 156.87 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 30.00 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 74.11 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 1,427.95 | 0.00 |
| 10. | Capital One Auto Finance | Unsecured | 3,370.23 | 0.00 |
| 11. | Credit Union One | Unsecured | 134.45 | 0.00 |
| 12. | Credit Union One | Unsecured | 532.71 | 0.00 |
| 13. | RJM Acquisitions LLC | Unsecured | 6.22 | 0.00 |
| 14. | Childrens Memorial Hospital | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 17. | Charter Communications | Unsecured | | No Claim Filed |
| 18. | Lyons Police Department | Unsecured | | No Claim Filed |
| 19. | Cingular Wireless | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Citibank | Unsecured | | No Claim Filed |
| 22. | Comcast | Unsecured | | No Claim Filed |
| 23. | Cingular Wireless | Unsecured | | No Claim Filed |
| 24. | Hillside Montessori School | Unsecured | | No Claim Filed |
| 25. | Numark Credit Union | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Knox, Antonio D | Case Number: 07 B 00504 |
| --- | --- | --- |
| | Knox, Dinae Ila-Shuqu | Judge: Goldgar, A. Benjamin |
| | Printed: 8/19/08 | Filed: 1/11/07 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | MB Financial | Unsecured | | No Claim Filed |
| 27. | Great Lakes Bank NA | Unsecured | | No Claim Filed |
| 28. | Pay Day Loan | Unsecured | | No Claim Filed |
| 29. | TCF Bank | Unsecured | | No Claim Filed |
| 30. | University of Chicago | Unsecured | | No Claim Filed |
| 31. | Robert Morris College | Unsecured | | No Claim Filed |
| 32. | Advocate Health Care | Unsecured | | No Claim Filed |
| 33. | TCF Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 9,784.56 | $ 2,847.47 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 162.53 |
| | _____ |
| | $ 162.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

